IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ADAIRE BROWN and BENJAMIN BROWN**
**Individually, and as Parents and Next**
**Friends of R.A.B., a Minor**                                                          **PLAINTIFFS**

v.                              Case No. 4:16-cv-00560-KGB

**ARKANSAS DEPARTMENT OF**
**HUMAN SERVICES,** *et al.*                                                          **DEFENDANTS**

## ORDER

Before the Court is a joint stipulation of dismissal (Dkt. No. 7). The parties represent that they have reached an agreement regarding any lien claimed by the Arkansas Department of Human Services ("ADHS") for any and all treatment provided to the minor in this matter, R.A.B. The parties stipulate that Medicaid and ADHS are entitled to $443.51 from the proceeds of the settlement reached in *Brown v. Baptist, et al.*, 60CV-14-3831, in the Circuit Court of Pulaski County, Arkansas, as full payment of any lien owed to Medicaid and ADHS. The parties further stipulate that the plaintiffs and their attorneys are hereby released from any further liability to the Medicaid program and ADHS for care and treatment provided to R.A.B. from the date of her birth to the current date. The parties ask that this matter be dismissed. For good cause shown, the Court dismisses this action.

So ordered this 5th day of October, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge